IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY TEE TAYLOR,

    Petitioner,        No. 2:13-cv-0232 KJN P

   vs.

SACRAMENTO SUPERIOR COURT,

    Respondent.        ORDER

_____/

      Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On February 12, 2013, petitioner was ordered to file, within thirty days, an in forma pauperis affidavit or to pay the appropriate filing fee, or his application would be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

      Accordingly, IT IS HEREBY ORDERED that:

      1. This action is dismissed without prejudice; and

      2. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: March 18, 2013

                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE

tayl0232.fpf